United States District Court
Southern District of Texas
**ENTERED**
July 11, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JESUS MELENDEZ-MELENDEZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-002 |
| | § | CRIMINAL NO. B-14-168-1 |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's March 30, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 10]  No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Report and Recommendation is hereby adopted.  Therefore, Mr. Jose Jesus Melendez-Melendez' Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is denied as meritless and the issuance of a Certificate of Appealability is denied.

Signed this 11th day of July, 2016.

Andrew S. Hanen
United States District Judge